```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 4:07CR3036 |
| | ) | |
| DAVID C. YOST, | ) | |
| | ) | |
| Defendant. | ) | MEMORANDUM AND ORDER |
| | ) | |

A hearing was held before me this date on allegations made in the petition for action on conditions of pretrial release, filing 23. The defendant was present with counsel, and was advised of his rights. The defendant admitted the allegations in the petition. I therefore find that the allegations of the petition are true.

Regarding disposition, the government requested detention and the defendant did not contest the matter.

IT THEREFORE HEREBY IS ORDERED:

The previous amended order releasing the defendant on conditions, filing 9, is revoked and the defendant shall be detained in the custody of the United States Marshal until further order.

DATED this 15th day of June, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge