## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) ) ) | **4:07CR3036** |
| | ) | |
| | ) | **DETENTION ORDER** |
| **vs.** | ) ) | |
| | ) | **PETITION FOR** |
| **DAVID C. YOST,** | ) | **ACTION ON CONDITIONS** |
| | ) | **OF** |
| **Defendant.** | ) | **SUPERVISED RELEASE** |
| | ) | |

Pursuant to 18 U.S.C. § 3142(f)  and § 3143(a) of the Bail Reform Act, and Fed. R. Crim. P. 32.1(a)(6),

**IT IS ORDERED,**

The above-named defendant shall be detained until further order, because:

__X__   The  defendant  has  failed  to  meet the burden of showing, by clear and convincing evidence pursuant to 18 U.S.C. § 3153 (a)  and Fed. R. Crim. P. Rule 32.1(a)(6) that defendant is not likely to fail to appear or pose a danger to the safety of any person or the community.

____   The defendant waived the right to a detention hearing and agreed to detention.

The Court's findings are based on the evidence presented in court and that contained in the court's records, and includes the following:
  the defendant will not comply with the directions of his supervising officer, will not return her calls, will not keep her apprised of his current address, and cannot reasonably be supervised at this time.  He poses a risk of flight and a risk of harm.

**IT HEREBY IS FURTHER ORDERED:**

The defendant is committed to the custody of the Attorney General for confinement in a corrections facility;  the defendant shall be afforded reasonable opportunity for private consultation with counsel; and on order of a court of the United States, or on request of an attorney for the government, the person in charge of the facility shall deliver the defendant to a United States Marshal for appearance in connection with a court proceeding.

DATED:   February 7, 2012                    BY THE COURT:


                                             *s/Cheryl R. Zwart*
                                             Cheryl R. Zwart
                                             United States Magistrate Judge